UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PATRICK LOW,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Defendant. | Civil Action No. 23-2521 (LLA) |

**RELATOR'S RESPONSE TO UNITED STATES' SECOND APPLICATION FOR PARTIAL LIFTING OF THE SEAL**

Relator, Patrick Low, has indicated that he would not oppose the United States' second application for a partial lifting of the seal in this now-dismissed *qui tam* action brought by Relator under the False Claims Act to lifting the seal on or after September 25, 2024.

Despite Relator's not opposing the motion, Relator suggests that the Court is still entitled to consider the Government's ostensible reason for lifting the stay, i.e. whether there is no longer "good cause" for the remaining seal where the matter is still on appeal.

Since the issue is still under consideration, i.e. whether the Government's "investigation" – which as represented by Counsel for the Government consisted simply as reading the complaint – met the Government's statutory obligations, it is still open as to whether the Government will be ordered to conduct a realistic investigation and which course the Court might want to choose for the continuation of the litigation if the litigation does continue.  Deciding this issue now could foreclose the Court's options in light of any opinion that might be issued by the Court of Appeals.



RECEIVED

SEP 24 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- 2 -

The Court may also consider whether there is any compelling need to unseal the matter now.

Relator therefore respectfully urges the Court to consider whether the motion is premature and the basis for the motion.

Dated: September 24, 2024 　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　Christopher A. Byrne, Esq. DC Bar. # 928424
　　　　　　　　　　　　　　　　Byrne Law PLLC
　　　　　　　　　　　　　　　　1050 30th St NW
　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　(202) 487 6800
　　　　　　　　　　　　　　　　Counsel for Relator Patrick Low

- 3 -

CERTIFICATE OF SERVICE

I certify that on the date of filing of the attached above captioned document, I caused the foregoing to be delivered to the below-named parties via email through the email to the Assistant United States Attorney.

    MATTHEW M. GRAVES, D.C. Bar #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

    SEAN M. TEPE, D.C. Bar #1001323
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2533

/s/

_____

Christopher A. Byrne, Esq.

Case 1:23-cv-02521-LLA   Document 18   Filed 09/24/24   Page 4 of 4