# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-7116**             **September Term, 2025**

**1:23-cv-02521-LLA**

**Filed On: September 8, 2025** [2133901]

United States of America, ex rel. Patrick Low,

and

Patrick Low,

        Appellant

   v.

President and Fellows of Harvard College and United States of America,

        Appellees

### M A N D A T E

    In accordance with the order of July 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the order filed July 30, 2025