UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PATRICK LOW,<br><br>  Plaintiff,<br><br>  v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>  Defendant. | Civil Action No. 23-2521 (LLA) |

**RELATOR' RESPONSE TO UNITED STATES' MOTION
FOR RELIEF FROM ORDER DISMISSING CASE**

Relator Patrick Low hereby responds to the United States motion for relief from the Court's July 3, 2025, Memorandum Opinion and Order (ECF No. 13) dismissing this case. The United States requested that the Court's dismissal order be amended to reflect a dismissal without prejudice as to Relator with leave to amend and refile. Relator fully concurs with the requested relief.

In the course of Respondent's appeal of the Court's July 3rd order dismissing this action, the Parties discussed a resolution that would conserve judicial resources and yield a result that would satisfy both Parties as to legal and factual requirements with prejudice to no party.

Respondent concurs that when the United States intervenes and seeks dismissal before an answer is filed, Rule 41(a)'s procedure does not provide an adjudicatory role for the district court while entitling the Government, after proper consideration of the case, to seek dismissal notwithstanding Relator's position. The appeal and filings therein, and subsequent events, created new, compelling circumstances under which called for the Government to reconsider its position

and the initial exercise of discretion. These circumstances occurred prior to the termination of this case.

Considering the Government's request, Respondent agrees that relief from a prior judgment is available under Rule 60(b) and that this request was filed within the required "reasonable time." Respondent also agrees that the Rule 60(b)(6) catchall provision is an appropriate opportunity strike the proper balance between termination of litigation and the implementation of justice for the current situation. This situation is a perfect example where relief is appropriate: Relator's appeal and a change in Presidential Administrations and Executive Branch policy have afforded the Government a full opportunity to assess the Government's interests prior to the termination of this case, and assert those interests consistent with the protections offered by the False Claims Act. This is particularly true where, as noted by the Government, the January 20, 2025 Executive Order "Ending Radical And Wasteful Government DEI Programs And Preferencing" does highlight the importance of the statute on which this lawsuit is based: 20 USC 9514(f)(7). The Executive Order is a renewed commitment by the President to ensure that the statute is "faithfully executed" *as written*; that is: to ensure that "activities conducted or supported by the Institute are objective, secular, neutral, and nonideological and are free of partisan political influence and racial, cultural, gender, or regional bias." The Complaint alleges a violation of the plain language of the statute, not simply a failure to comply with a "policy." Granting the Government's motion will operate only to grant the Government the opportunity to fully assess its position and choose from all the options available to it under the False Claims Act.

The Government's motion is appropriate. Relator will file a new complaint, thereby offering the Government an opportunity for full and complete assessment of the available evidence. It will, simultaneously, resolve the basis for the prior appeal. Under these circumstances, Relator respectfully suggests that the Government's motion should be granted.

## CONCLUSION

Relator hereby supports the Government's motion as fully consistent with the provisions of the False Claims Act, proper procedure, the interests of justice and respect for the desires of both parties to proceed as requested.

Date:  December 8, 2025                                Respectfully submitted,

/s/

Christopher A. Byrne, Esq.
DC Bar. # 928424
Byrne Law PLLC
1050 30th St NW
Washington, DC 20007
(202) 487 6800

## CERTIFICATE OF SERVICE

I certify that on the date of filing of the attached above captioned document, I caused the foregoing to be delivered to the below-named parties via email through the Assistant United States Attorney.

JEANINE FERRIS PIRRO
United States Attorney

BRIAN P. HUDAK
    Chief, Civil Division
    Bar #90034769
    brian.hudak@usdoj.gov

SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2533